NEAL v. BOOTH

No. 56 PC.

Case below: 22 N.C. App. 415.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 3 December 1974.

SIDDEN v. TALBERT

No. 121 PC.

Case below: 23 N.C. App. 300.

Petition for writ of certiorari to North Carolina Court of Appeals denied 3 December 1974.

SMITH v. HOUSE OF KENTON CORP.

No. 152 PC.

Case below: 23 N.C. App. 439.

Petition for writ of certiorari to North Carolina Court of Appeals denied 30 December 1974.

SMITH v. STATE

No. 131 PC.

Case below: 23 N.C. App. 423.

Petition for writ of certiorari to North Carolina Court of Appeals denied 30 December 1974.

SPEARS v. DISTRIBUTING CO.

No. 143 PC.

Case below: 23 N.C. App. 445.

Petition for writ of certiorari to North Carolina Court of Appeals denied 30 December 1974.